IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 17- |
| v. | : | DATE FILED: February 23, 2017 |
| SEAN MOORE | : | VIOLATION:<br>18 U.S.C. § 2252(a)(4)(B) (access with intent to vie |
| | : | possession of child pornography – 1 count)<br>18 U.S.C. § 2252(a)(2) (distribution of child |
| | : | pornography – 1 count)<br>18 U.S.C. § 2252(a)(2) (receipt of child |
| | : | pornography – 3 counts)<br>Notice of Forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about December 30, 2015, in the Eastern District of Pennsylvania, defendant

**SEAN MOORE**

knowingly accessed with intent to view certain matter, namely an internet site, which contained visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce. The production of these visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of minors engaging in sexually explicit conduct. At least one of the visual depictions involved in this offense involved prepubescent minors and minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 23, 2014, in the Eastern District of Pennsylvania and elsewhere, defendant

### SEAN MOORE

knowingly distributed visual depictions, that is, computer files containing such visual depictions, using a means and facility of interstate commerce, and the production of these visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of minors engaging in sexually explicit conduct.   At least one of the visual depictions involved in this offense involved prepubescent minors and minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 23, 2014, in the Eastern District of Pennsylvania and elsewhere, defendant

**SEAN MOORE**

knowingly received visual depictions, that is, computer files containing such visual depictions, using a means and facility of interstate commerce, and the production of these visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of minors engaging in sexually explicit conduct. At least one of the visual depictions involved in this offense involved prepubescent minors and minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 12, 2014, in the Eastern District of Pennsylvania and elsewhere, defendant

### SEAN MOORE

knowingly received visual depictions, that is, computer files containing such visual depictions, using a means and facility of interstate commerce, and the production of these visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of minors engaging in sexually explicit conduct. At least one of the visual depictions involved in this offense involved prepubescent minors and minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 26, 2014, in the Eastern District of Pennsylvania and elsewhere, defendant

**SEAN MOORE**

knowingly received visual depictions, that is, computer files containing such visual depictions, using a means and facility of interstate commerce, and the production of these visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of minors engaging in sexually explicit conduct. At least one of the visual depictions involved in this offense involved prepubescent minors and minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252(a)(2).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

1. As a result of the violations of Title 18, United States Code, Section 2252, set forth in this indictment, defendant

### SEAN MOORE

shall forfeit to the United States of America any visual depiction described in Section 2252 and any matter containing such depictions, and any property used or intended to be used to commit or promote the commission of the offenses, including, but not limited to:

Samsung Galaxy Note Edge cellphone SM-N915P

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 2253.

_____
GRAND JURY FOREPERSON

*Peter F Schench for*
**LOUIS D. LAPPEN**
**Acting United States Attorney**