# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

SEAN MOORE

CRIMINAL NO. 17- Cr 103

FILED
FEB 23 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## ORDER FOR BENCH WARRANT

AND NOW, this 23rd day of February, 2017, on motion of Louis D. Lappen, Acting United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE DAVID R. STRAWBRIDGE
United States Magistrate Judge

IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :

v.  : CRIMINAL NO. 17- cr 103

SEAN MOORE  :

FILED
FEB 23 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## MOTION FOR BENCH WARRANT

AND NOW, this 23d day of February, 2017, Louis D. Lappen, Acting United States Attorney for the Eastern District of Pennsylvania, and Albert S. Glenn, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

LOUIS D. LAPPEN
Acting United States Attorney

ALBERT S. GLENN
Assistant United States Attorney