# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**                    :

**v.**                    :                    **CR NO.  17-103**

**SEAN MOORE**                    :

# O R D E R

AND NOW, this        1ˢᵗ        day of March, 2017, after consideration of the proposed

release order and based on the agreement of the government and the defendant, it is ORDERED

that defendant Sean Moore shall be released on the following conditions:

1. Defendant Sean Moore shall execute a $25,000 unsecured bond to secure his compliance with all conditions of release.

2. Defendant Sean Moore shall reside at 808 Bethlehem Pike, Apt A., Colmar, Pennsylvania.

3. The defendant shall submit to location monitoring at 808 Bethlehem Pike, Apt A., Colmar, Pennsylvania.

4. Defendant Sean Moore is restricted to his residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits; court appearances, court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.

5. Defendant Sean Moore shall report to Pretrial Services as directed by Pretrial Services.

6. Defendant Sean Moore shall surrender all passports by 5:00 p.m. Friday and not apply for any passport.

7. Defendant Sean Moore shall not leave the Eastern District of Pennsylvania without the permission of Pretrial Services, after notice to the United States Attorney's Office.  Any request for travel outside the United States shall require the permission of the Court.

8.      Defendant Sean Moore shall not commit a federal, state or local crime during the period of release.

9.      Defendant Sean Moore shall not possess firearms or acquire any firearms while on pretrial release, or have any firearms in the residence where he is staying.

10.      Defendant Sean Moore shall comply with all orders to appear in court.

11.      Defendant Sean Moore shall not have any unsupervised contact with minors.

12.      Defendant Sean Moore shall avoid contact with any victims of the crime and with any potential witnesses

13.      Defendant Sean Moore shall not view, possess, receive, distribute or transport visual depictions of minors engaged in sexually explicit conduct, in any form.

14.      Defendant Sean Moore is prohibited from possessing or using any computer or device at any location that is capable of an internet connection unless approved by Pretrial Services.

15.      Defendant Sean Moore is prohibited from possessing internet capable cellular devices (including internet capable cell phones, tablets, etc.).

16.      Defendant Sean Moore shall permit Pretrial Services to install computer monitoring software on any computer in his home, and shall pay the cost of this computer monitoring.

17.      Defendant Sean Moore defendant shall submit to an initial inspection by the U.S. Pretrial Services Office, and to any examinations during supervision, of the defendant's computer and any devices, programs, or applications.

18. Defendant Sean Moore shall submit to mental health treatment as determine by Pretrial Services.

**BY THE COURT:**

**ELIZABETH T. HEY**
**United States Magistrate Judge**